JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE TEHRANI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOME BOX OFFICE, INC, et al.,<br><br>　　　　　　Defendants. | Case No.  CV 23-7839-GW-ASx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the Notice of Voluntary Dismissal [32], filed on April 15, 2024, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

　　IT IS SO ORDERED.

Dated: April 16, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE